AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
## for the
### District of Nevada

FILED ___ RECEIVED
___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 20 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ___

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   2:22-mj-408-EJY |
| | ) | |
| TIAUNA CHRISTINE CASTRO | ) | Charging District:   Southern District of Ohio |
| *Defendant* | ) | Charging District's Case No.   2:22-cr-55-MHW |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | Joseph P. Kinneary United States Courthouse<br>85 Marconi Blvd.<br>Columbus, OH 43125-2835 | Courtroom No.: TBD |
|---|---|---|
| | | Date and Time: TBD |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:   May 23, 2022

*Judge's signature*

ELAYNA J. YOUCHAH, United States Magistrate Judge
*Printed name and title*